JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGII TSISAR, | Case No. 5:26-cv-02096-RAO |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN, ADELANTO ICE DETENTION CENTER, | |
| Respondent. | |

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and Judgment is entered in favor of Petitioner.

IT IS SO ORDERED.


DATED: June 9, 2026

_____
/s/
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE